Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Bree R. Black Horse
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 14 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL NATHANIEL GARZA,

Defendant.

INDICTMENT
**1:25-CR-2004-RLP**
Vio: 18 U.S.C. §§ 922(g)(1),
924(a)(8)
Felon in Possession of a
Firearm

18 U.S.C. § 924(d)(1),
28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

On or about April 2, 2024, in the Eastern District of Washington, the Defendant, MICHAEL NATHANIEL GARZA, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Smith & Wesson model: Sigma .40 caliber pistol bearing serial number DUM4775, which firearm had theretofore been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

INDICTMENT – 1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1) and 924(a)(8), Felon in Possession of a Firearm, as set forth in this Indictment, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Smith & Wesson model: Sigma .40 caliber pistol bearing serial number DUM4775;

- a loaded .40 caliber magazine; and,

- any and all seized ammunition

DATED this 14 day of January 2025.

A TRUE BILL

Vanessa R. Waldref
United States Attorney

Bree R. Black Horse
Assistant United States Attorney

INDICTMENT – 2